IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

LEXINGTON INSURANCE COMPANY      )
                                 )
            Plaintiff,           )
                                 )   Cause No. 4:10-cv-1589-CAS
                                 )
                                 )
ST. LOUIS COUNTY, MISSOURI, et al.,  )
                                 )
            Defendants.          )

## JOINT MOTION TO STAY FURTHER PROCEEDINGS

COME NOW Defendants St. Louis County, Jack Webb, Lane Hollandsworth and

Stephen Deen; and Plaintiff Lexington Insurance Company, and jointly move the Court

to stay further proceedings in this case.

As the Court is aware, the parties to this case are cognizant that the direction of

this case may vary considerably, dependent upon the decision of the Court on a post-

judgment motion in a case styled Briscoe v. County of St. Louis, 4:2008cv01717(CEJ).

It would further the interests of the parties, and of judicial economy, for the Court to

order a stay of further proceedings until the Court in the said Briscoe v. County of St.

Louis case has issued its decision on the post-judgment motion.

Accordingly, the above-named parties ask the Court to stay further proceedings in

this case until an order has been made on the post-judgment motion in styled Briscoe v.

County of St. Louis, 4:2008cv01717(CEJ).

Further, Defendants St. Louis County, Jack Webb, Lane Hollandsworth and

Stephen Deen ask that they be granted until ten (10) days after the ending of the stay to

file their responsive pleadings.

PATRICIA REDINGTON
COUNTY COUNSELOR

By:    _____
       Michael A. Shuman #4361
       Associate County Counselor
       Lawrence K. Roos Bldg.
       41 So. Central Avenue
       Clayton, MO. 63105
       314-615-7042; Fax 314-615-3732
       Attorneys for Defendants


WILLIAMS VENKER & SANDERS LLC

By:    _____
       Paul N. Venker #4606
       Bank of America Tower
       100 North Broadway, 21st Floor
       St. Louis, MO 63102
       314.345.5000
       314.345.5055 (fax)
       pvenker@wvslaw.com