UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LEXINGTON INSURANCE COMPANY | )<br>) |
| Plaintiff, | )<br>)<br>) Cause No 4:10-cv-1589 |
| vs. | )<br>) |
| ST. LOUIS COUNTY, LANE HOLLANDSWORTH, STEPHEN DEEN, SR., JACK WEBB, and JOHNNY BRISCOE, | )<br>)<br>)<br>)<br>) |
| Defendants. | ) |

**DEFENDANT JOHNNY BRISCOE'S CONSENT TO
JOINT MOTION TO STAY FURTHER PROCEEDINGS**

Defendant Johnny Briscoe hereby consents to the "Joint Motion to Stay Further Proceedings" and has no objection to a stay being entered pending the decision of Judge Jackson with respect to the pending motion for new trial in Briscoe v. County of St. Louis, 4:2008cv01717 (CEJ).

BURTON NEWMAN, P.C.

By:   /s/Burton Newman
Burton Newman, ED #3939
231 South Bemiston, Suite 910
St. Louis, Missouri 63105
Telephone: (314) 863-4100
Facsimile:  (314) 863-4340

and

WORSHAM N. CALDWELL, JR.
& ASSOCIATES, LLC

Worsham N. Caldwell, Jr., ED #521852
1010 Market Street, Suite 1540
St. Louis, Missouri 63101-2344
Telephone: (314) 421-0077
Facsimile:  (314) 421-5377

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

The above signature hereby certifies that on the 7th day of March, 2011 a copy of the foregoing was served electronically to:

Paul N. Venker
John F. Mahon, Jr.
Williams Venker & Sanders LLC
Bank of Americal Tower
100 North Broadway, 21st Floor
St. Louis, MO 63102

Michael A. Shuman
Associate County Counselor
Lawrence K. Roos Bldg.
41 So. Central Avenue
Clayton, MO 63105