## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| LEXINGTON INSURANCE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:10-CV-1589 CAS |
| ) | |
| ST. LOUIS COUNTY, MISSOURI, et al., ) | |
| ) | |
| Defendants. ) | |

### ORDER

This matter is before the Court on a Joint Motion to Stay Further Proceedings filed by defendants St. Louis County, Missouri, Jack Webb, Lane Hollandsworth and Stephen Deen, and plaintiff Lexington Insurance Company.  Defendant Johnny Briscoe has filed a Consent to the Joint Motion.

The parties seek to stay the proceedings pending a decision by this Court on a pending post-judgment motion in a related case, Briscoe v. County of St. Louis, Missouri, No. 4:08-CV-1717 CEJ. Having reviewed the file, the Court concludes it would be in the interest of judicial economy to stay this matter pending a decision by Judge Jackson in the related case.  The Joint Motion to Stay should therefore be granted.

Plaintiff will be ordered to notify the Court within ten (10) days after Judge Jackson's decision has been made, so the stay may be promptly lifted and appropriate action taken herein.

Accordingly,

**IT IS HEREBY ORDERED** that Joint Motion to Stay Further Proceedings is **GRANTED**. [Doc. 26]

**IT IS FURTHER ORDERED** that within ten (10) days of a decision in Briscoe v. County of St. Louis, Missouri, No. 4:08-CV-1717 CEJ, plaintiff shall notify this Court in writing.  Upon receipt of such notice, the Court will lift the stay.

**IT IS FURTHER ORDERED** that defendants St. Louis County, Missouri, Webb, Hollandworth and Deen shall file their answer or other response to the complaint within ten (10) days after the stay is lifted.

**IT IS FURTHER ORDERED** that further action in the present case is **STAYED** pending further order of this Court.

                                                                               /s/ Charles A. Shaw
                                                                               **CHARLES A. SHAW**
                                                                               **UNITED STATES DISTRICT JUDGE**

Dated this  7th  day of March, 2011.